**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Winthrop Resources Corporation,

Plaintiff,

v.

**ORDER**
Civil No. 01-1051 ADM/SRN

Power Lift LLC,

Defendant.

---

The Court has been advised that Power Lift LLC entered Bankruptcy proceedings subsequent to oral arguments on April 2, 2002, regarding Plaintiff's Motion for Partial Summary Judgment. The automatic stay provision of the Bankruptcy Code provides that a bankruptcy petition operates as a stay applicable to the continuation of other judicial proceedings against the debtor during the pendency of the bankruptcy case. 11 U.S.C. § 362(a). Any judicial action that occurs after the automatic stay is void. *In re Verkient*, 240 B.R. 317, 325 (B.A.P. 8th Cir. 1999). Unless relief from the automatic stay is granted by the bankruptcy court, the stay continues until the bankruptcy case is dismissed, closed or discharged. Accordingly, the Court will not rule on the Motion for Partial Summary Judgment [Doc. No. 8] at this time.

**IT IS HEREBY ORDERED** that all proceedings in this matter are **STAYED**, until counsel notifies the Court that the bankruptcy process is concluded or relief from the automatic stay is granted; at such time counsel may renew the motion.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: July 18, 2002

FILED JUL 1 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK